MARY E. MEDDAUGH, as Administratrix of the Estate of JAY W. MEDDAUGH, Deceased, Respondent, *v.* TOWN OF BETHEL, Appellant.

(Submitted October 3, 1929; decided October 22, 1929.)

*John D. Lyons* and *Nellie Childs Smith* for appellant.

*John Bright* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.